UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT T. KLEIN,<br><br>                Plaintiff,<br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | Case No. 3:11-cv-05309-RBL-KLS<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation [Dkt. #25], and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) the administrative decision is AFFIRMED;

(3) the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 24th day of April, 2012.

                                        */s/ Ronald B. Leighton*
                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE

ORDER - 1